IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUDOLPH RICCA,<br>   *Plaintiff* | :   CIVIL ACTION<br>:<br>: |
| v. | :<br>: |
| BOROUGH OF MEDIA, PENNSYLVANIA,<br>*et al.*,<br>   *Defendants* | :<br>:<br>:   NO. 23-598 |

## ORDER

AND NOW, this 28th day of December 2023, upon consideration of Defendant Borough of Media's Motion for Judgment on the Pleadings (Doc. No. 21), Plaintiff Rudolph Ricca's Motion for Partial Dismissal of Paul and Pamela Hayes' Amended Counterclaim in Trespass (Doc. No. 19), the arguments articulated during the hearing held on October 19, 2023, and the parties' December 7, 2023 letter to the Court sent via email, for the reasons articulated in the Court's accompanying Memorandum, it is hereby **ORDERED** that, effective upon the entry of this Order, the above-captioned case is **REMANDED** in its entirety to the Court of Common Pleas of Delaware County pursuant to 28 U.S.C. § 1447(c).

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE